UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees, et al.,           :
                                      :
        Plaintiffs,                   :
                                      :
vs.                                   :   Case No. 2:11-CV-747
                                      :
Titan Excavating, LLC                 :   Judge Marbley
                                      :   Magistrate Judge Kemp
                                      :
        Defendant.                    :

AGREED ORDER OF JUDGMENT

Upon agreement of the parties, the Plaintiffs, Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs, are hereby granted judgment against the Defendant, Titan Excavating, LLC in the total amount of $18,844.66, including fringe benefit contributions of $14,148.72, plus liquidated damages of $3,563.46, and interest of $1,132.47 upon late and unpaid contributions for the period October, 2010 through December, 2011.

Plaintiffs will not execute upon this judgment, upon condition that the Defendant pays the balance of unpaid contributions by June 1, 2012, and the balance of damages and interest in equal monthly installments commencing on or before July 1, 2012 and continuing on or before the first day of August and September, 2012.

As a further condition upon the withholding of execution of judgment, the Defendant will submit fringe benefit contributions timely during the term of payment of this judgment. Should either of those conditions not be met, Plaintiffs may execute upon the judgment without further notice.

No interest will accrue upon this judgment, except in the case of default of either of the conditions stated above, at which time interest will accrue at the rate of 8% per annum. Nothing in this order prohibits Plaintiffs from auditing the payroll records of Defendant for periods after April, 2011 and enforcing any findings.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

Approved:

___s/Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Rd. – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs


___s/David M. Leneghan_____
David M. Leneghan (0062025)
200 Treeworth Blvd., Suite 200
Broadview Heights, OH 44147
(440) 223-4260
Trial Attorney for Defendant